IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN HAWKINS,

        Plaintiff,        CIV. S-02-1391-GEB-PAN-PS

    v.

KACI DAVIS, et al.,        ORDER

        Defendants.

_____/

        This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On April 21, 2005, Judge Nowinski recommended that plaintiff's action be dismissed.  On April 29, 2005, plaintiff filed objections to the findings and recommendation.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

////

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

     1.  The Findings and Recommendations filed April 21, 2005, are adopted in full; and

     2.  This action is dismissed.

Dated:  June 30, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge